UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of BCP MECHANICAL, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ANDERSON BURTON CONSTRUCTION, INC., a California corporation; WESTERN SURETY COMPANY, a South Dakota corporation,<br><br>Defendants. | No. 2:20-cv-01401-TLN-KJN<br><br>**ORDER** |

Having considered Western Surety Company's Motion to Set Aside Clerk's Entry of Default (ECF No. 10), and upon good cause showing, the Court GRANTS the motion and issues the following Order:

IT IS HEREBY ORDERED that:

1. The Default entered against Defendant Western Surety Company on August 26, 2020 (ECF No. 6), is hereby set aside;

2. Defendant Western Surety Company is granted leave to file an Answer in this action within five (5) days of entry of this Order; and

1

3. Plaintiff will not be sanctioned because of her failure to timely file a statement of non-opposition to Western Surety's Motion.

DATED: January 15, 2021

Troy L. Nunley
United States District Judge

2