1  STEVEN C. CLARK #181050
   sclark@ch-law.com
2  SHERRIE M. FLYNN #240215
   sflynn@ch-law.com
3  COLEMAN & HOROWITT, LLP
   Attorneys at Law
4  499 W. Shaw Ave., Ste. 116
   Fresno, CA  93704
5  Telephone: (559) 248-4820
   Facsimile: (559) 248-4830
6
   Attorneys for Plaintiff and Cross-Defendant
7  BCP MECHANICAL, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, for the use and benefit of BCP MECHANICAL, LLC, a California limited liability company,<br><br>　　　　Use-Plaintiff,<br><br>v.<br><br>ANDERSON BURTON CONSTRUCTION, INC., a California corporation; WESTERN SURETY COMPANY, a South Dakota corporation,<br><br>　　　　Defendants.<br><br>ANDERSON BURTON CONSTRUCTION, INC.,<br><br>　　　　Cross-Claimant,<br><br>v.<br><br>BCP MECHANICAL, LLC,<br><br>　　　　Cross-Defendant. | CASE NO.  2:20-cv-01401-TLN-KJN<br><br>**STIPULATION TO AMEND SCHEDULING ORDER AND ORDER THEREON**<br><br>Complaint Filed: July 10, 2020<br>Cross-Claim Filed: September 22, 2020<br><br>Judge: Hon. Troy L. Nunley<br>Trial Date: None Set |

///

///

///

---

1
STIP TO AMEND SCHEDULING ORDER AND ORDER THEREON

Pursuant to Federal Rules of Civil Procedure, Rule 16(b)(4), Plaintiff and Cross-Defendant BCP MECHANICAL, LLC ("BCP"), Defendant and Cross-Complainant ANDERSON BURTON CONSTRUCTION, INC., ("ABCI") and Defendant WESTERN SURETY COMPANY ("Western Surety"; collectively the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS on July 10, 2020, BCP filed the instant action for Recovery on Miller Act Payment Bond, Breach of Contract, Quantum Meruit and Open Book Account related to a federal construction project for the U.S. Army Corps of Engineers (the "Action");

WHEREAS on September 22, 2020, ABCI filed a Cross-Claim against BCP for Breach of Written Contract (the "Cross-Claim");

WHEREAS on August 28, 2020, BCP filed a separate action against ABCI and Western Surety in the Superior Court for the County of San Luis Obispo, Case No. 20CV-0388, for Recovery on Payment Bond, Breach of Written Contract, Quantum Meruit, and Open Book Account on five (5) separate construction projects (the "State Court Action");

WHEREAS on July 13, 2020, the Court issued an Initial Pretrial Scheduling Order ("Scheduling Order") in the instant Action, setting forth dates for close of discovery, expert designation, supplemental expert designations, etc.;

WHEREAS, pursuant to the Scheduling Order, the Parties calculate the close of non-expert discovery to be September 22, 2021;

WHEREAS the Parties have agreed to mediate all claims in the instant Action, the Cross-Claim and the State Court Action on August 24, 2021, before retired Federal District Court Judge Oliver Wanger, in an attempt to reach a global settlement;

WHEREAS the Parties have agreed to postpone serving additional written discovery, and deposition notices and subpoenas until such time as mediation is complete, in the interest of avoiding potentially unnecessary attorney's fees and costs; and

WHEREAS the Parties have agreed to a continuance of the Scheduling Order dates to allow additional time to attempt to reach a global settlement of the instant Action, the Cross-Claim and the State Court Action.

**STIPULATION**

The Parties hereby stipulate to amend the Scheduling Order as follows:

| Description | Current Date | Proposed Dates |
|---|---|---|
| Close of Non-Expert Discovery | September 22, 2021 | November 22, 2021 |
| Expert Witness Designation | November 22, 2021 | January 21, 2022 |
| Supplemental Expert Designation | December 22, 2021 | February 22, 2022 |
| Supplemental Disclosures & Responses | February 23, 2022 | April 22, 2022 |
| Dispositive Motion Filing Date | March 22, 2022 | May 23, 2022 |
| Notice of Trial Readiness | 30 days after ruling on last filed dispositive motion or 120 days from close of discovery | Same |

Dated: August 9, 2021          COLEMAN & HOROWITT, LLP

                               By:   /s/ Sherrie M. Flynn
                                     STEVEN C. CLARK
                                     SHERRIE M. FLYNN
                                     Attorneys for Cross-Defendant,
                                     BCP MECHANICAL, LLC

Dated: August 9, 2021          ATKINSON, ANDELSON, LOYA, RUUD & ROMO

                               By:   /s/ Anthony P. Niccoli
                                     ANTHONY P. NICCOLI
                                     Attorneys for ANDERSON BURTON
                                     CONSTRUCTION, INC. and
                                     WESTERN SURETY COMPANY

# ORDER

The Parties having stipulated and good cause appearing therefor,

**IT IS SO ORDERED** that the dates in the Initial Pretrial Scheduling Order are amended as follows:

| Description | Amended Dates |
|---|---|
| Close of Non-Expert Discovery | November 22, 2021 |
| Expert Witness Designation | January 21, 2022 |
| Supplemental Expert Designation | February 22, 2022 |
| Supplemental Disclosures & Responses | April 22, 2022 |
| Dispositive Motion Filing Date | May 23, 2022 |
| Notice of Trial Readiness | 30 days after ruling on last filed dispositive motion or 120 days from close of discovery |

Dated: August 10, 2021

Troy L. Nunley
United States District Judge