ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Anthony P. Niccoli, State Bar No. 219118
ANiccoli@aalrr.com
12800 Center Court Drive South, Suite 300
Cerritos, California 90703-9364
Telephone: (562) 653-3200
Fax: (562) 653-3333

Attorneys for ANDERSON BURTON CONSTRUCTION, INC. and WESTERN SURETY COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of BCP MECHANICAL, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ANDERSON BURTON CONSTRUCTION, INC., a California corporation; WESTERN SURETY COMPANY, a South Dakota corporation,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No. 2:20-cv-01401-TLN-KJN<br>*Assigned to Honorable Judge Troy L. Nunley*<br><br>**STIPULATION TO AMEND SCHEDULING ORDER AND ORDER THEREON** |

Pursuant to Federal Rules of Civil Procedure, Rule 16(b)(4), Plaintiff and Cross-Defendant BCP MECHANICAL, LLC ("BCP"), Defendant and Cross-Complainant ANDERSON BURTON CONSTRUCTION, INC., ("ABCI") and Defendant WESTERN SURETY COMPANY ("Western Surety"; collectively the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

- 1 -
STIPULATION TO AMEND SCHEDULING ORDER AND ORDER THEREON

1  WHEREAS on July 10, 2020, BCP filed the instant action for Recovery on
2  Miller Act Payment Bond, Breach of Contract, Quantum Meruit and Open Book
3  Account related to a federal construction project for the U.S. Army Corps of
4  Engineers (the "Action");

5  WHEREAS on September 22, 2020, ABCI filed a Cross-Claim against BCP
6  for Breach of Written Contract (the "Cross-Claim");

7  WHEREAS on August 28, 2020, BCP filed a separate action against ABCI and
8  Western Surety in the Superior Court for the County of San Luis Obispo, Case No.
9  20CV-0388, for Recovery on Payment Bond, Breach of Written Contract, Quantum
10 Meruit, and Open Book Account on five (5) separate construction projects (the "State
11 Court Action");

12 WHEREAS on July 13, 2020, the Court issued an Initial Pretrial Scheduling
13 Order ("Scheduling Order") in the instant Action, setting forth dates for close of
14 discovery, expert designation, supplemental expert designations, etc.;

15 WHEREAS on August 10, 2021, the Parties filed a Stipulation to Amend the
16 Scheduling Order to allow the Parties additional time to mediate the claims in the
17 instant Action, the Cross-Claim and the State Court Action;

18 WHEREAS on August 11, 2021, the Court issued an order continuing dates in
19 the Scheduling Order pursuant to the Parties' Stipulation;

20 WHEREAS on September 22, 2021, the Parties attempted to reach a global
21 settlement of the instant Action, the Cross-Claim and the State Court action through
22 mediation before retired Federal District Court Judge Oliver Wanger.  The Parties,
23 however, did not settle at mediation, and now believe that additional discovery is
24 necessary before settlement is possible;

25 WHEREAS the Parties wish to continue to attempt to reach global resolution
26 of all claims between them, , but due to the postponement of depositions and further
27 written discovery in favor of mediation, coupled with the impact to schedules and
28 delays caused by the continuing pandemic, the Parties seek additional time to engage

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

in discovery and, thereafter, attempt again to reach a global settlement.

WHEREAS the Parties have agreed to a continuance of the Scheduling Order dates to allow additional time to attempt to reach a global settlement of the instant Action, the Cross-Claim and the State Court Action.

## STIPULATION

The Parties hereby stipulate to amend the Scheduling Order as follows:

| Description | Current Date | Proposed Dates |
|---|---|---|
| Close of Non-Expert Discovery | November 22, 2021 | March 18, 2022 |
| Expert Witness Designation | January 21, 2022 | May 23, 2022 |
| Supplemental Expert Designation | February 22, 2022 | June 22, 2022 |
| Supplemental Disclosures & Responses | April 22, 2022 | August 22, 2022 |
| Dispositive Motion Filing Date | May 23, 2022 | September 23, 2022 |
| Notice of Trial Readiness | 30 days after ruling on last filed dispositive motion or 120 days from close of discovery | Same |

Dated: November ____, 2021        ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: /s/ Anthony P. Niccoli
Anthony P. Niccoli
Attorneys for ANDERSON BURTON CONSTRUCTION, INC. and WESTERN SURETY COMPANY

Dated: November 3, 2021        COLEMAN & HOROWITT, LLP

By: /s/ 
Steven C. Clark
Sherrie M. Flynn
Attorneys for BCP MECHANICAL, LLC

- 3 -
STIPULATION TO AMEND SCHEDULING ORDER AND ORDER THEREON

# ORDER

The Parties having stipulated and good cause appearing therefor,

**IT IS SO ORDERED** that the dates in the Initial Pretrial Scheduling Order are amended as follows:

| Description | Amended Dates |
|---|---|
| Close of Non-Expert Discovery | March 18, 2022 |
| Expert Witness Designation | May 23, 2022 |
| Supplemental Expert Designation | June 22, 2022 |
| Supplemental Disclosures & Responses | August 22, 2022 |
| Dispositive Motion Filing Date | September 23, 2022 |
| Notice of Trial Readiness | 30 days after ruling on last filed dispositive motion or 120 days from close of discovery |

Dated:  November 8, 2021

_____
Troy L. Nunley
United States District Judge