STEVEN C. CLARK #181050
sclark@ch-law.com
SHERRIE M. FLYNN #240215
sflynn@ch-law.com
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 W. Shaw Ave., Ste. 116
Fresno, CA 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Cross-Defendant
BCP MECHANICAL, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of BCP MECHANICAL, LLC, a California limited liability company<br><br>Use-Plaintiff,<br><br>v.<br><br>ANDERSON BURTON CONSTRUCTION, INC., a California corporation; WESTERN SURETY COMPANY, a South Dakota corporation,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | CASE NO. 2:20-cv-01401-TLN-KJN<br><br>**STIPULATION TO AMEND SCHEDULING ORDER AND ORDER THEREON**<br><br>Complaint Filed: July 10, 2020<br>Cross-Claim Filed: September 22, 2020<br><br>Judge: Hon. Troy L. Nunley<br>Trial Date: None |

Pursuant to Federal Rules of Civil Procedure, Rule 16(b)(4), Plaintiff and Cross-Defendant BCP MECHANICAL, LLC ("BCP"), Defendant and Cross-Complainant ANDERSON BURTON CONSTRUCTION, INC., ("ABCI") and Defendant WESTERN SURETY COMPANY ("Western Surety"; collectively the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

1       WHEREAS on July 10, 2020, BCP filed the instant action for Recovery on Miller Act Payment Bond, Breach of Contract, Quantum Meruit and Open Book Account related to a federal construction project for the U.S. Army Corps of Engineers (the "Action");

      WHEREAS on September 22, 2020, ABCI filed a Cross-Claim against BCP for Breach of Written Contract (the "Cross-Claim");

      WHEREAS on August 28, 2020, BCP filed a separate action against ABCI and Western Surety in the Superior Court for the County of San Luis Obispo, Case No. 20CV-0388, for Recovery on Payment Bond, Breach of Written Contract, Quantum Meruit, and Open Book Account on five (5) separate construction projects (the "State Court Action");

      WHEREAS on July 13, 2020, the Court issued an Initial Pretrial Scheduling Order ("Scheduling Order") in the instant Action, setting forth dates for close of discovery, expert designation, supplemental expert designations, etc.;

      WHEREAS on August 10, 2021, the Parties filed a Stipulation to Amend the Scheduling Order to allow the Parties additional time to mediate the claims in the instant Action, the Cross-Claim and the State Court Action;

      WHEREAS on August 11, 2021, the Court issued an order continuing dates in the Scheduling Order pursuant to the Parties' Stipulation;

      WHEREAS on September 22, 2021, the Parties attempted to reach a global settlement of the instant Action, the Cross-Claim and the State Court action through mediation before retired Federal District Court Judge Oliver Wanger. The Parties, however, did not settle at mediation, and now believe that additional discovery is necessary before settlement is possible;

      WHEREAS on December 10, 2021, Plaintiff BCP filed a Motion to Amend the Scheduling Order and for Leave to File Amended Complaint ("Motion"; Doc. 23). On December 30, 2021, Defendant ABCI filed its Opposition to the Motion (Doc. 24). On January 3, 2022, the Court issued a Minute Order, vacating the hearing

on the Motion, and took the Motion under submission without oral argument. The Court has not issued an order on the Motion and non-expert discovery is currently set to close on March 18, 2022.

WHEREAS the Parties agree it would be inefficient to engage in further discovery until after the Court issues its order on the Motion, and thus, seek to amend the Scheduling Order to allow for additional time to engage in discovery.

WHEREAS the Parties have agreed to a continuance of the Scheduling Order dates to allow the Parties adequate time to engage in discovery after the Court issues its order.

## **STIPULATION**

The Parties herby stipulate to amend the Scheduling Order as follows:

| Description | Current Date | Proposed Dates |
| --- | --- | --- |
| Close of Non-Expert Discovery | March 18, 2022 | The later of June 16, 2022, and 90 days after order on the Motion |
| Expert Witness Designation | May 23, 2022 | The later of August 22, 2022, and 90 days after order on the Motion |
| Supplemental Expert Designation | June 22, 2022 | The later of September 20, 2022, and 90 days after order on the Motion |
| Supplemental Disclosures & Responses | August 22, 2022 | The later of November 21, 2022 and 90 days after order on the Motion |
| Dispositive Motion Filing Date | September 23, 2022 | The later of December 22, 2022 and 90 days after order on the Motion |
| Notice of Trial Readiness | 30 days after ruling on last filed dispositive motion or 120 days from close of discovery | Same |

Dated:  March 1, 2022                    COLEMAN & HOROWITT, LLP

                                         By:   /s/
                                             STEVEN C. CLARK
                                             SHERRIE M. FLYNN
                                             Attorneys for Plaintiff & Cross-
                                             Defendant, BCP MECHANICAL, LLC

Dated: March 1, 2022                     ATKINSON, ANDELSON, LOYA, RUUD
                                         & ROMO

                                         By:   /s/
                                             ANTHONY P. NICCOLI
                                             Attorneys for ANDERSON BURTON
                                             CONSTRUCTION, INC. and
                                             WESTERN SURETY COMPANY

---

4
STIPULATION TO AMEND SCHEDULING ORDER AND ORDER THEREON

# ORDER

The Parties having stipulated and good cause appearing therefor,

**IT IS SO ORDERED** that the Scheduling Order dates are amended as follows:

| Description | Current Date | New Dates |
|---|---|---|
| Close of Non-Expert Discovery | March 18, 2022 | The later of June 16, 2022, and 90 days after order on the Motion |
| Expert Witness Designation | May 23, 2022 | The later of August 22, 2022, and 90 days after order on the Motion |
| Supplemental Expert Designation | June 22, 2022 | The later of September 20, 2022, and 90 days after order on the Motion |
| Supplemental Disclosures & Responses | August 22, 2022 | The later of November 21, 2022 and 90 days after order on the Motion |
| Dispositive Motion Filing Date | September 23, 2022 | The later of December 22, 2022 and 90 days after order on the Motion |
| Notice of Trial Readiness | 30 days after ruling on last filed dispositive motion or 120 days from close of discovery | Same |

Dated: March 2, 2022

_____
Troy L. Nunley
United States District Judge