STEVEN C. CLARK #181050
sclark@ch-law.com
SHERRIE M. FLYNN #240215
sflynn@ch-law.com
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 W. Shaw Ave., Ste. 116
Fresno, CA  93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Plaintiff & Cross-Defendant
BCP MECHANICAL, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of BCP MECHANICAL, LLC, a California limited liability company<br><br>            Use-Plaintiff,<br><br>  v.<br><br>ANDERSON BURTON CONSTRUCTION, INC., a California corporation; WESTERN SURETY COMPANY, a South Dakota corporation,<br><br>            Defendants.<br><br>AND RELATED CROSS-ACTION. | CASE NO.  2:20-cv-01401-TLN-KJN<br><br>**STIPULATION TO AMEND SCHEDULING ORDER AND ORDER THEREON**<br><br>Complaint Filed: July 10, 2020<br>Cross-Claim Filed: September 22, 2020<br>First Amended Complaint Filed:<br>         June 24, 2022<br><br>Judge: Hon. Troy L. Nunley<br>Trial Date: None |

Pursuant to Federal Rules of Civil Procedure, Rule 16(b)(4), Plaintiff and Cross-Defendant BCP MECHANICAL, LLC ("BCP"), Defendant and Cross-Complainant ANDERSON BURTON CONSTRUCTION, INC., ("ABCI") and Defendant WESTERN SURETY COMPANY ("Western Surety"; collectively the "Parties"), by and through their respective counsel of record, hereby stipulate  as follows:

1       WHEREAS on July 10, 2020, BCP filed the instant action for Recovery on Miller Act Payment Bond, Breach of Contract, Quantum Meruit and Open Book Account related to a federal construction project for the U.S. Army Corps of Engineers (the "Action");

      WHEREAS on September 22, 2020, ABCI filed a Cross-Claim against BCP for Breach of Written Contract (the "Cross-Claim");

      WHEREAS on August 28, 2020, BCP filed a separate action against ABCI and Western Surety in the Superior Court for the County of San Luis Obispo, Case No. 20CV-0388, for Recovery on Payment Bond, Breach of Written Contract, Quantum Meruit, and Open Book Account on five (5) separate construction projects (the "State Court Action");

      WHEREAS on July 13, 2020, the Court issued an Initial Pretrial Scheduling Order ("Scheduling Order") in the instant Action, setting forth dates for close of discovery, expert designation, supplemental expert designations, etc.;

      WHEREAS on August 10, 2021, the Parties filed a Stipulation to Amend the Scheduling Order to allow the Parties additional time to mediate the claims in the instant Action, the Cross-Claim and the State Court Action;

      WHEREAS on August 11, 2021, the Court issued an order continuing dates in the Scheduling Order pursuant to the Parties'Stipulation;

      WHEREAS on September 22, 2021, the Parties attempted to reach a global settlement of the instant Action, the Cross-Claim and the State Court action through mediation before retired Federal District Court Judge Oliver Wanger. The Parties, however, did not settle at mediation;

      WHEREAS on December 10, 2021, Plaintiff BCP filed a Motion to Amend the Scheduling Order and for Leave to File Amended Complaint ("Motion"; Doc. 23). On December 30, 2021, Defendant ABCI filed its Opposition to the Motion (Doc. 24). On January 3, 2022, the Court issued a Minute Order, vacating the hearing on the Motion, and took the Motion under submission without oral argument;

1  WHEREAS on March 1, 2022, the Parties filed a Stipulation to Amend Scheduling Order, where the amended Scheduling Order dates would be based on the date on which the Court ruled on the Motion (Doc. 27);

WHEREAS on March 2, 2022, the Court issued an Order amending the dates in the Scheduling Order pursuant to the Parties' Stipulation (Doc. 28).

WHEREAS on June 22, 2022, the Court granted the Motion (Doc. 29);

WHEREAS on June 24, 2022, Plaintiff BCP filed its First Amended Complaint (Doc. 30);

WHEREAS on July 18, 2022, Defendants ABCI and Western Surety filed their answers to BCP's First Amended Complaint (Docs. 31 and 32);

WHEREAS the Parties now recognize that they erred, and the amended scheduling conference dates they requested are problematic. For example, the close of non-expert discovery, expert witness designation, and expert witness designation all fall on the same date, namely September 22, 2022 (i.e., 90 days after the order on the Motion); and

WHEREAS the Parties have agreed to an amendment of the Scheduling Order dates to allow the action to proceed in an orderly and efficient manner, and to allow the Parties additional time for discovery related to the allegations in the First Amended Complaint.

## STIPULATION

The Parties herby stipulate to amend the Scheduling Order as follows:

| Description | Current Date | Proposed Dates |
| --- | --- | --- |
| Close of Non-Expert Discovery | September 22, 2022 (the latter of June 16, 2022, and 90 days after order on Motion) | November 22, 2022 |
| Expert Witness Designation | September 22, 2022 (the later of August 22, 2022, and 90 days after order on the Motion) | January 22, 2023 |

| | | |
|---|---|---|
| Supplemental Expert Designation | September 22, 2022 (the later of September 20, 2022, and 90 days after order on the Motion) | February 22, 2023 |
| Supplemental Disclosures & Responses | November 21, 2022 (the later of November 21, 2022, and 90 days after order on the Motion) | April 20, 2023 |
| Dispositive Motion Filing Date | December 22, 2022 (The later of December 22, 2022, and 90 days after order on the Motion) | June 22, 2023 |
| Notice of Trial Readiness | 30 days after ruling on last filed dispositive motion or 120 days from close of discovery | The later of July 22, 2023, or 30 days after ruling last filed dispositive motion |

Dated: August 11, 2022                COLEMAN & HOROWITT, LLP

                                      By:    /s/ Sherrie M. Flynn
                                      STEVEN C. CLARK
                                      SHERRIE M. FLYNN
                                      Attorneys for Plaintiff & Cross-
                                      Defendant, BCP MECHANICAL, LLC

Dated: August 11, 2022                ATKINSON, ANDELSON, LOYA, RUUD & ROMO

                                      By:    /s/ Anthony P. Niccoli
                                      ANTHONY P. NICCOLI
                                      Attorneys for Defendants,
                                      ANDERSON BURTON
                                      CONSTRUCTION, INC. and
                                      WESTERN SURETY COMPANY

**ORDER**

The Parties having stipulated and good cause appearing therefor,

**IT IS SO ORDERED** that the Scheduling Order dates are amended as follows:

| Description | Current Date | **New Dates** |
| --- | --- | --- |
| Close of Non-Expert Discovery | September 22, 2022 | November 22, 2022 |
| Expert Witness Designation | September 22, 2022 | **January 23, 2023** |
| Supplemental Expert Designation | September 22, 2022 | February 22, 2023 |
| Supplemental Disclosures & Responses | November 21, 2022 | April 20, 2023 |
| Dispositive Motion Filing Date | December 22, 2022 | June 22, 2023 |
| Notice of Trial Readiness | 30 days after ruling on last filed dispositive motion or 120 days from close of discovery | The later of **July 24, 2023**, or 30 days after ruling on last filed dispositive motion |

Dated: August 12, 2022

Troy L. Nunley
United States District Judge