UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BCP MECHANICAL LLC, | No. 2:20-cv-01401-DAD-CSK |
| Plaintiff, | |
| v. | ORDER DENYING WITHOUT PREJUDICE PARTIES' STIPULATION FOR COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT |
| ANDERSON BURTON CONSTRUCTION, INC. et al., | |
| Defendants. | (Doc. No. 69) |

On July 10, 2020, plaintiff BCP Mechanical, LLC ("BCP") filed the complaint initiating this action against defendants Anderson Burton Construction, Inc. ("ABC") and The Western Surety Company. (Doc. No. 1.) On August 25, 2022, the case was reassigned to the undersigned. (Doc. No. 35.) On June 17, 2024, plaintiff filed a notice of settlement of the entire action. (Doc. No. 61.)[1]

On September 10, 2024, the parties filed a stipulation informing the court that the parties have agreed on the terms of a Global Settlement Agreement ("GSA"), which include a total Settlement Amount. (Doc. No. 69 at 3.) The parties state that the Settlement Amount includes an initial downpayment and thirty-six (36) monthly payments. (*Id*.) After the initial downpayment,

---

[1] After receiving several extensions of time, the current deadline for the parties to file their dispositional documents is September 30, 2024. (Doc. No. 68.)

1

1 the terms of the GSA require the parties to file a stipulation for dismissal. (*Id*.) The parties then
2 state that this court must retain jurisdiction to enforce the terms of the GSA in order for BCP to
3 request this court to enter judgment against ABC if ABC defaults on future payments. (*Id*.)
4 However, the parties provide no other information regarding the terms of the GSA, and they have
5 not attached a copy of the GSA to their stipulation.

6  Accordingly, the court will deny the parties' stipulation without prejudice to its
7 resubmission based upon inclusion of the GSA and the provision of any other facts or argument
8 supporting the parties' position as to why, under the circumstances of this settlement, this court
9 should retain jurisdiction.

10  For the reasons set forth above:
11  1. The parties' stipulation that the court retain jurisdiction to enforce the settlement
12  agreement (Doc. No. 69) is denied, without prejudice to its refiling; and
13  2. The parties' deadline to file dispositional documents on September 30, 2024 is
14  hereby vacated pending the submission of an amended stipulation.

15  IT IS SO ORDERED.

16 Dated:  **September 27, 2024**  _____
17  DALE A. DROZD
  UNITED STATES DISTRICT JUDGE

2